# EXHIBIT A

**FELLERMAN & CIARIMBOLI LAW, P.C.**
Kirby Park Commons
183 Market Street
Suite 200
Kingston, PA 18704
(570) 714-4878
(570) 714-7255 (Fax)
www.fclawpc.com

Gregory F. Fellerman, Esquire
Attorney I.D. #81568
gfc@fclawpc.com

Edward J. Ciarimboli, Esquire
Attorney I.D. #85904
ejc@fclawpc.com

Harry P. McGrath, Jr, Esquire
Attorney I.D. #313332
hmcgrath@fclawpc.com



*Filed and Attested by the Office of Judicial Records 22 APR 2021 10:20 pm R. SCHREIBER*

| | | |
|---|---|---|
| **VICTOR HUGO SILVESTRE GARCIA**<br>1264 Vera Ave<br>Brownsville, TX 78521 | : <br> : <br> : | **IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY** |
| **PLAINTIFF** | : | **CIVIL ACTION – LAW** |
| Vs. | : <br> : | **JURY TRIAL DEMANDED** |
| **S&F Logistics, LLC**<br>16360 Industrial Drive<br>Milford, VA 22514 | : <br> : <br> : <br> : <br> : | **NO:** 210401795 |
| **DEFENDANTS** | : | |

### PRAECIPE FOR WRIT OF SUMMONS

To the Prothonotary:

Issue summons in civil action – law in the above case.

The Writ of Summons shall be issued and forwarded to Attorney/Sheriff.

*/s/ EJC*

EDWARD J. CIARIMBOLI, ESQUIRE
Attorney I.D. 85904
Fellerman & Ciarimboli Law, P.C.
183 Market Street, Suite 200
Kingston, PA 18704
(570) 718-1444

Date: April 21, 2021

Case ID: 210401795

| | |
|---|---|
| **FELLERMAN & CIARIMBOLI LAW, P.C.**<br>Kirby Park Commons<br>183 Market Street<br>Suite 200<br>Kingston, PA 18704<br>(570) 714-4878<br>(570) 714-7255 (Fax)<br>www.fclawpc.com | Gregory F. Fellerman, Esquire<br>Attorney I.D. #81568<br>gef@fclawpc.com<br><br>Edward J. Ciarimboli, Esquire<br>Attorney I.D. #85904<br>ejc@fclawpc.com<br><br>Harry P. McGrath, Jr, Esquire<br>Attorney I.D. #313332<br>hmcgrath@fclawpc.com |

| | |
|---|---|
| **VICTOR HUGO SILVESTRE GARCIA**<br>1264 Vera Ave<br>Brownsville, TX 78521<br>  **PLAINTIFF**<br>Vs.<br><br>**S&F Logistics, LLC**<br>16360 Industrial Drive<br>Milford, VA 22514<br><br>  **DEFENDANTS** | IN THE COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>CIVIL ACTION –LAW<br><br>JURY TRIAL DEMANDED<br><br>NO:  210401795 |

## WRIT OF SUMMONS IN CIVIL ACTION

To:   S&F LOGISTICS, LLC

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN ACTION AGAINST YOU RELATED TO A MOTOR VEHICLE COLLISION THAT OCCURRED IN THE COMMONWEALTH OF PENNSYLVANIA ON August 12, 2019.

Date: April 21, 2021

_____
Prothonotary

By: _____
Deputy

210401795
22 JUN 2021 10:00 am
R. SCHREIBER

Case ID: 210401795